UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-93-0210 LKK

    Plaintiff,

  v.                         O R D E R

MICHAEL JOHNSON,

    Defendant.
                                    /

    Upon receipt of Mr. Johnson's letter, ECF No. 18, the Court forwarded it to the Federal Defender. Having received a report from them the defendant's motion is DENIED.

    IT IS SO ORDERED.

    DATED: October 15, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT